TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
ROBERT D. TADLOCK (State Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: rdtadlock@townsend.com
       jggilliland@townsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
12730 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email: ismitrakos@townsend.com

Attorneys for: RANDY STATHERS

BRACAMONTES & VLASAK, P.C.
MICHAEL R. BRACAMONTES (State Bar No. 242655)
RYAN J. VLASAK (State Bar No. 241581)
KRISTEN M. ROSS (State Bar No. 250917)
220 Montgomery Street, Suite 870
San Francisco, CA 94101
Telephone: (415) 835-6777
Facsimile : (415) 835-6780
mbracamontes@bvlawsf.com

Attorneys for: ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DREYER'S GRAND ICE CREAM, INC., a corporation, DREYER'S GRAND ICE CREAM HOLDINGS, INC., a corporation, EDY'S GRAND ICE CREAM, INC., a corporation, RANDY STATHERS, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. C09-5815-CW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT RANDY STATHERS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Amended Complaint Filed:   March 4, 2010 |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT RANDY STATHERS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. C09-5815-CW

- 1 -

townsend.

PURSUANT TO STIPULATION to Extend Defendant Randy Stathers' Time to Respond to Plaintiff's First Amended Complaint filed with this Court,

IT IS SO ORDERED as follows:

The response of Defendant Randy Stathers ("Stathers") to the First Amended Complaint or any subsequently amended complaint shall be due three days after Defendants Dreyer's Grand Ice Cream, Inc., Dreyer's Grand Ice Cream Holdings, Inc., and Edy's Grand Ice Cream, Inc. (collectively "Dreyer's"), or any of them, files an answer to ICD's First Amended Complaint or any subsequently amended complaint.

If this Court dismisses with prejudice ICD's First Amended Compliant or any subsequently amended complaint as to Dreyer's, Stathers shall file a responsive pleading within seven days of the Court's Order.

DATED: 4/5/2010

_____
The Hon. Claudia Wilkin
Judge, U.S. District Court

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT RANDY STATHERS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. C09-5815-CW

- 2 -

townsend.