1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  ROBERT D. TADLOCK (State Bar No. 238479)
   Two Embarcadero Center Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:   (415) 576-0300
   Email: jggilliland@townsend.com
5          rdtadlock@townsend.com

6  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
   12730 High Bluff Drive, Suite 400
7  San Diego, California 92130
   Telephone: (858) 350-6100
8  Facsimile:  (858) 350-6111
   Email: ismitrakos@townsend.com
9
   Attorneys for: DREYER'S GRAND ICE CREAM, INC., DREYER'S GRAND ICE CREAM
10 HOLDINGS, INC., and EDY'S GRAND ICE CREAM, INC.

11                       UNITED STATES DISTRICT COURT

12                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                                 OAKLAND DIVISION

| | |
|---|---|
| 14  ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, | Case No. C09-5815-CW(LB) |
| 15         Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE** |
| 16      v. | |
| 17  DREYER'S GRAND ICE CREAM, INC., a corporation, DREYER'S GRAND ICE CREAM HOLDINGS, INC., a corporation, EDY'S GRAND ICE CREAM, INC., a corporation, RANDY STATHERS, an individual, and DOES 1 to 20, inclusive, | Complaint Filed:    12/11/09 |
| 18 | Date:  September 8, 2010 |
| 19 | Time:  10:30 a.m. |
| 20 | Dept:  Courtroom 2, Fourth Floor |
| 21        Defendants. | |
| 22  DREYER'S GRAND ICE CREAM, INC. a Delaware corporation, | Case No. 10-00317 CW(LB) |
| 23         Plaintiff, | |
| 24      v. | Complaint Filed:    January 22, 2010 |
| 25  ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, a Kentucky limited liability company, and SPIN CITY HOLDINGS, an Indiana limited liability company, | Date:  April 13, 2010 |
| 26 | Time:  10:30 a.m. |
| 27 | Dept:  Courtroom 2, Fourth Floor |
| 28        Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLEMENT
CONFERENCE                                                                               - 1 -
CASE NO. 10-00417 CW

townsend.

Pursuant to ADR Civil L.R. 7-4 and Civil L.R. 6-2 and 7-12, Dreyer's Grand Ice Cream, Inc., Dreyer's Grand Ice Cream Holdings, Inc., Edy's Grand Ice Cream, Inc. (collectively "Dreyer's") and Ice Cream Distributors of Evansville, LLC and Spin City Holdings, (collectively "ICD") hereby stipulate and request an Order to continue the Settlement Conference scheduled for September 8, 2010 at 10:30 a.m. until a date after the Court rules on Dreyer's Motion to Dismiss ICD's Second Amended Complaint ("Dreyer's Motion") in Civil Action No. C09-5815-CW.

## STIPULATION

WHEREAS the Court has scheduled a settlement conference in the above-entitled actions for September 8, 2010 at 10:30 a.m.;

WHEREAS the parties' have just completed briefing on Dreyer's Motion;

WHEREAS the Court will not likely rule on Dreyer's Motion before September 8, 2010;

WHEREAS the parties believe a settlement conference before the Court rules on Dreyer's Motion will not be productive since the parties will not know what claims remain in the case;

WHEREAS the only time modifications in the case have been rescheduling the settlement conference from 11:00 a.m. on September 8, 2010 to 10:30 a.m. on that same date;

WHEREAS this stipulation will not have any other effect on the schedule for the above-entitled cases;

ACCORDINGLY Dreyer's and ICD stipulate and request an Order continuing the currently scheduled Settlement Conference until after the Court rules on Dreyer's Motion to Dismiss.

DATED: August 24, 2010          Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/ Robert D. Tadlock
    ROBERT D. TADLOCK

Attorneys for: DREYER'S GRAND ICE CREAM, INC., DREYER'S GRAND ICE CREAM HOLDINGS, INC., and EDY'S GRAND ICE CREAM, INC.,

1 | DATED: August 24, 2010     BRACAMONTES & VLASAK, P.C.

3 | By: /s/ Michael R. Bracamontes
MICHAEL R. BRACAMONTES

Attorneys for: ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/26/2010

[signature]

Hon. Claudia Wilken
U.S. District Court Judge

62842112 v1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE
CASE NO. 10-00417 CW

- 3 -

townsend.

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2010, a true and correct copy of the foregoing STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE was filed electronically with the Clerk of the Court using CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: */s/Linda Tan*
    Linda Tan

townsend.