**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, | No. C 09-05815 LB |
| Plaintiff, | **ORDER VACATING THE SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 8, 2010** |
| v. | |
| DREYER'S GRAND ICE CREAM, INC., *et al.*, | |
| Defendants. | |
| _____/ | |

On June 3, 2010, this Court scheduled a settlement conference in this case for September 8, 2010.  ECF No. 42.  On July 2, 2010, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint.  ECF No. 47.  In light of Defendants' Motion, the parties filed a Stipulation on August 24, 2010 asking the Honorable Claudia Wilken, the presiding judge in this case, to extend the deadline for a settlement conference until the Court had rendered a decision on Defendants' Motion to Dismiss.  ECF No. 58.  On August 26, 2010, Judge Wilken granted the Stipulation and ordered an extension of the deadline for a settlement conference.  ECF No. 59.  Accordingly, the settlement conference scheduled for September 8, 2010 is hereby **VACATED**.  This Court will contact the parties and schedule a settlement conference in this matter following Judge Wilken's

///

///

C 09-05815

1   ruling on Defendants' Motion to Dismiss.

2      **IT IS SO ORDERED.**

3   Dated: August 30, 2010

4   _____
    LAUREL BEELER
    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 09-05815

2